## Montgomery v. Florence Railway & Improvement Co.

APPEAL from Lauderdale Chancery Court.

Heard before the Hon. W. H. SIMPSON.

A. E. WALKER, for appellant.

C. E. JORDAN, *contra.*

The bill in this case was filed by the appellants, five judgment creditors of the Florence Railway & Improvement Company, who recovered their judgments against the said company on certain promissory notes, on which the company was indorser. The bill seeks to set aside and subject to the payment of said judgment certain mortgages executed by the Florence Railway & Improvement Company to W. H. Nelson and W. J. Kendrick, on the ground that at the time of the execution of said mortgages the company was insolvent, and its property was a trust fund and the mortgagees were officers of the

company. The appeal is taken from a decree of the chancellor denying the relief sought by the complainants on this ground. Affirmed.

Opinion by McClellan, J.